ACCO,(GJSx),CLOSED,DISCOVERY,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:22−mc−00115−MCS−GJS

| | |
|---|---|
| Samsung Electronics Co., Ltd. et al v. ScienBiziP, P.C. et al | Date Filed: 06/06/2022 |
| Assigned to: Judge Mark C. Scarsi | Date Terminated: 07/20/2022 |
| Referred to: Magistrate Judge Gail J. Standish | Jury Demand: None |
| Case in other court:  U.S. District Court, Eastern District of Texas, 4:21−cv−00622−SDJ | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |
| Cause: Civil Miscellaneous Case | |

**Plaintiff**

**Samsung Electronics Co., Ltd.**    represented by    **Brian Edward Mack**
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street 22nd Floor
San Francisco, CA 94111
415−875−6600
Fax: 415−875−6700
Email: brianmack@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles K Verhoeven**
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street 22nd Floor
San Francisco, CA 94111−4788
415−875−6600
Fax: 415−875−6700
Email: charlesverhoeven@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Courtney Sanbe Kasuboski**
Quinn Emanuel
1300 I Street NW Suite 900
Washington, DC 20005
202−538−8208
Fax: 202−538−8100
Email: courtneykasuboski@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
Quinn Emanuel Urquhart and Sullivan LLP
1330 I Street NW Suite 900
Washington, DC 20005
202−538−8000
Fax: 202−538−8100
Email: deepaacharya@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

           **Jeffrey William Nardinelli**
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street 22nd Floor
San Francisco, CA 94111
415−875−6600
Fax: 415−875−6700
Email: jeffnardinelli@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samsung Electronics America, Inc.**  represented by  **Brian Edward Mack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles K Verhoeven**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Courtney Sanbe Kasuboski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey William Nardinelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samsung Research America, Inc.**  represented by  **Brian Edward Mack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles K Verhoeven**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Courtney Sanbe Kasuboski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*LEAD ATTORNEY*

|                              |                                                                                                                                                                                  |
| ---------------------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|                              | *ATTORNEY TO BE NOTICED*                                                                                                                                                         |
|                              | **Jeffrey William Nardinelli**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*                                                                                            |

V.

**Defendant**

| **ScienBiziP, P.C.** | represented by | **Hua Chen**<br>ScienBiziP PC<br>550 South Hope Street Suite 2825<br>Los Angeles, CA 90071<br>213–426–1778<br>Fax: 213–426–1788<br>Email: huachen@scienbizippc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Alvin Koan** | represented by | **Hua Chen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/06/2022 | Ï 1 | MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT with filing fee previously paid ($49.00 paid on 06/06/2022, receipt number 33418360), filed by Plaintiff Samsung Electronics Co., Ltd., Samsung Research America, Inc., Samsung Electronics America, Inc.. (Attachments: # 1 Memorandum of Points and Authorities in support of Motion to Compel, # 2 Declaration of Jeff Nardinelli in support of Motion to Compel, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Proposed Order) (Attorney Jeffrey William Nardinelli added to party Samsung Electronics America, Inc.(pty:pla), Attorney Jeffrey William Nardinelli added to party Samsung Electronics Co., Ltd.(pty:pla), Attorney Jeffrey William Nardinelli added to party Samsung Research America, Inc.(pty:pla))(Nardinelli, Jeffrey) (Entered: 06/06/2022) |
| 06/06/2022 | Ï 2 | APPLICATION to file document *Portions of Memorandum of Points and Authorities in support of Motion to Compel and Certain Exhibits Thereto* under seal filed by Plaintiffs Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Research America, Inc.. (Attachments: # 1 Proposed Order)(Nardinelli, Jeffrey) (Entered: 06/06/2022) |
| 06/06/2022 | Ï 3 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Portions of Memorandum of Points and Authorities in support of Motion to Compel and Certain Exhibits Thereto* under seal 2 filed by Plaintiffs Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Research America, Inc.. (Attachments: # 1 Memorandum of Points and Authorities in support of Motion to Compel (unredacted), # 2 Exhibit 2 (unredacted), # 3 Exhibit 8 (unredacted), # 4 Exhibit 9 (unredacted), # 5 Exhibit 10 (unredacted))(Nardinelli, Jeffrey) (Entered: 06/06/2022) |
| 06/07/2022 | Ï 4 | |

|            |      |      |
|------------|------|------|
|            |      | NOTICE OF ASSIGNMENT to District Judge Mark C. Scarsi and Magistrate Judge Gail J. Standish. (car) (Entered: 06/07/2022) |
| 06/07/2022 | Ï 5  | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Kevin Hardy. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 06/07/2022) |
| 06/07/2022 | Ï 6  | INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE MARK C. SCARSI upon filing of the complaint by Judge Mark C. Scarsi. (smo) (Entered: 06/07/2022) |
| 06/07/2022 | Ï 7  | NOTICE OF HEARING on Motion Related to a Subpoena from Another District by Clerk of Court. Motion set for hearing on 7/11/2022 at 03:00 PM before Magistrate Judge Gail J. Standish. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (car) TEXT ONLY ENTRY (Entered: 06/07/2022) |
| 06/08/2022 | Ï 8  | ORDER GRANTING SAMSUNG'S APPLICATION TO FILE DOCUMENTS UNDER SEAL by Magistrate Judge Gail J. Standish: The Court GRANTS Samsung's Application to File Documents Under Seal, and the following documents are hereby SEALED: See Order for details. Granting 2 APPLICATION to Seal Document. (es) (Entered: 06/09/2022) |
| 06/13/2022 | Ï 9  | RESPONSE filed by Pro Hac Vice attorney Kevin Hardy on behalf of Plaintiffs Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Research America, Inc.. RE: Notice of Filing Fee Due. PHV fee N/A. Attorney will not be appearing as attorney of record on this case. (lt) (Entered: 06/13/2022) |
| 06/20/2022 | Ï 10 | MEMORANDUM in Opposition *to Samsung's Motion to Enforce Subpoenas from Other District* filed by Defendants Alvin Koan, ScienBiziP, P.C.. (Attachments: # 1 Declaration of C. Chai ISO Opposition, # 2 Exhibit A to Chai Decl., # 3 Exhibit B to Chai Decl., # 4 Exhibit C to Chai Decl., # 5 Declaration of A Koan ISO Opposition)(Attorney Hua Chen added to party Alvin Koan(pty:dft), Attorney Hua Chen added to party ScienBiziP, P.C.(pty:dft))(Chen, Hua) (Entered: 06/20/2022) |
| 06/27/2022 | Ï 11 | REPLY Reply in Support *of Motion to Enforce Subpoenas* filed by Plaintiffs Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Research America, Inc.. (Attachments: # 1 Declaration Declaration of Jeff Nardinelli in Support of Reply In Support of Motion to Enforce Subpoenas, # 2 Exhibit Exhibit 14, # 3 Exhibit Exhibit 15, # 4 Exhibit Exhibit 16, # 5 Exhibit Exhibit 17, # 6 Exhibit Exhibit 18)(Nardinelli, Jeffrey) (Entered: 06/27/2022) |
| 07/11/2022 | Ï 12 | MINUTES OF Order Re: MOTION TO COMPEL Hearing held before Magistrate Judge Gail J. Standish: The case is called. Plaintiff and Defendant's Counsel appears via Zoom and state their appearances. The Court hears argument and confers with Counsel. The matter is taken under submission. The parties are directed to submit a status report as further detailed during the hearing. The parties are to include potential dates for a telephonic status conference with the report. Court Reporter: CourtSmart. (es) (Entered: 07/15/2022) |
| 07/15/2022 | Ï 13 | STATUS REPORT *Joint* filed by Plaintiffs Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Research America, Inc.. (Nardinelli, Jeffrey) (Entered: 07/15/2022) |
| 07/18/2022 | Ï 14 | SCHEDULING NOTICE TO ALL PARTIES AND ORDER (IN CHAMBERS) by Magistrate Judge Gail J. Standish. A Telephone Status Conference Call has been set for 8/8/2022 at 03:00 PM before Magistrate Judge Gail J. Standish re: the MOTION TO COMPEL. Clerk to provide call−in information. Additionally, counsel shall notify the Court Clerk via email at |

| | | |
|---|---|---|
| | | GJS_chambers@cacd.uscourts.gov of the name of each counsel appearing on the call. NOTE: During the telephonic hearing, counsel must identify themselves before they speak for the benefit of the Court. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (eq) TEXT ONLY ENTRY (Entered: 07/18/2022) |
| 07/20/2022 | 15 | MINUTES ORDER (IN CHAMBERS) Order re: MOTION TO COMPEL 1 ; TRANSFERRING CASE; and VACATING TELEPHONE STATUS CONFERENCE CALL 14 by Magistrate Judge Gail J. Standish, the Court DIRECTS the Clerk's Office to transfer this matter to the United States District Court for the Eastern District of Texas. See Order for details. Case electronically transferred. (MD JS−6. Case Terminated.) (es) (Entered: 07/20/2022) |